# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JOHN RUMANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 05-1226-CV-W-DW |
| ) | |
| SUNBEAM PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the parties' Joint Motion and Stipulation for Dismissal with Prejudice (Doc. 73). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.


Date:   September 18, 2007                                /s/ Dean Whipple
                                                            Dean Whipple
                                                      United States District Judge